[No. 40571-7-II.   Division Two.   August 23, 2011.]

*In the Matter of the Marriage of* SHANE R. MAIERS, *Respondent*, and MENEDEL ROSLYN MAIERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-3-02894-1, James R. Orlando, J., entered March 19, 2010. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 41033-8-II.   Division Two.   August 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MELANIE ANN ROYCE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00272-2, George L. Wood, J., entered July 27, 2010. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 41190-3-II.   Division Two.   August 23, 2011.]

RICHARD BREES, *Appellant*, v. JOHN D. SWEET, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05658-4, Thomas P. Larkin, J., entered July 2, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 41589-5-II.   Division Two.   August 23, 2011.]

FRED A. BROWN ET AL., *Appellants*, v. JAMES R. HEREFORD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-00246-7, Michael P. Price, J., entered October 9, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Johanson, J.